Matter of Tuck v Board of Elections in the City of N.Y. (2023 NY Slip Op 02560)

Matter of Tuck v Board of Elections in the City of N.Y.

2023 NY Slip Op 02560

Decided on May 11, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 11, 2023

Before: Kapnick, J.P., Gesmer, Singh, Scarpulla, Shulman, JJ. 

Index No. 153664/23, 53908/23 Appeal No. 350-351 Case No. 2023-02243, 2023-02244 

[*1]In the Matter of Bridget Tuck et al., Petitioners-Appellants,
v
Board of Elections in the City of New York et al., Respondents-Respondents.

Advocates for Justice, Chartered Attorneys, New York (Arthur Z. Schwartz of counsel), for appellants.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Elina Druker of counsel), for Board of Elections in the City of New York, respondent.
Paul D. Newell, New York, for Aura Olavarria, Marquis Jenkins and Camille Napoleon, respondents.

Judgments, Supreme Court, New York County (Lucy Billings, J.), entered on May 1, 2023 and May 3, 2023, unanimously affirmed for the reasons stated by Lucy Billings, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 11, 2023